# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>ADRIAN R. PERALTA | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:09mj234<br><br>THOMAS KEITH, AFPD<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled not guilty to count(s) 1.

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 7 and 13 and FSS 322.34(2) | DRIVING WHILE LICENSE SUSPENDED WITH KNOWLEDGE | 4/29/09 | 1 |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. The fine and special assessment shall be paid on or before October 22. 2009.

| Assessment | Fine |
|---|---|
| $ 5.00 | $ 100.00 |

Date of Imposition of Sentence - 9/22/09

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 9-22-09

Rec'd 0923'09 UsDcFln3PM0301